**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMARILYS DE LEON,

       Plaintiff,

v.                                           Case No: 6:19-cv-1974-Orl-40LRH

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

       Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Agreed Stipulation of Dismissal With Prejudice (Doc. 19), filed March 20, 2020. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Orlando, Florida on March 20, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties